# Exhibit A

# Exhibit A



Select Language ▼
Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
| | | | |
|---|---|---|---|
| Case Number: | CV2020-009432 | Judge: | Arbitration 01 | McCoy |
| File Date: | 8/7/2020 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information
| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Brandon T Reish | Plaintiff | Male | Joshua Mayes |
| Mrs Goocs Natural Food Markets Inc | Defendant | | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/19/2020 | AFS - Affidavit Of Service | 8/21/2020 | |
| NOTE: MRS GOOCHS NATURAL FOOD MARKETS INC | | | |
| 8/7/2020 | COM - Complaint | 8/11/2020 | |
| 8/7/2020 | CCS - Cerificate Arbitration - Subject To | 8/11/2020 | |
| 8/7/2020 | CSH - Coversheet | 8/11/2020 | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

CLERK OF THE SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY
20 AUG -7 PM 4: 29
FILED
BY C. O'NEILL, DEP

$233.00 PAID
R#27878058

J. Blake Mayes (No. 024159)
MAYESTELLES PLLC
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Telephone: 602.714.7900
Facsimile: 602.357.3037
courts@mayestelles.com
Attorneys for Plaintiffs

# IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BRANDON T. REISH, an individual<br><br>Plaintiff,<br><br>v.<br><br>MRS GOOCH'S NATURAL FOOD MARKETS INC. D/B/A WHOLE FOODS MARKET, a corporation; ABC CORPORATION and/or PARTNERSHIPS, I-X, fictitious entities, JOHN and JANE DOES I-X, fictitious individuals<br><br>Defendants. | No. CV2020-009432<br><br>**COMPLAINT**<br><br>(Premises Liability) |

For his Complaint against Defendants, Plaintiff alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1.       Plaintiff Brandon T. Reish ("Mr. Reish") is domiciled and residing in Maricopa County, Arizona.

2.       On information and belief, Defendant Mrs. Gooch's Natural Food Market Inc, d/b/a Whole Foods Market ("Defendant") is a foreign corporation whose principal place of business is in Austin, Texas.

3.       On information and belief, Defendant Mrs. Gooch's Natural Food Market Inc, d/b/a Whole Foods Market owns and operates several Whole Foods Market locations throughout Maricopa County, Arizona.

4. Plaintiff is not currently aware of the true identities of ABC CORPORATION and/or PARTNERSHIPS, I-X, or JOHN and JANE DOES I-X. When Plaintiff discovers their true identities, she will amend his Complaint accordingly.

5. This action arises out of injuries suffered by Plaintiff Brandon T. Reish while he was on the property of the Defendant located at 4701 North 20th Street, Phoenix, Maricopa County, Arizona 85016.

6. Jurisdiction and venue are proper in this court.

**BACKGROUND ALLEGATIONS COMMON TO ALL COUNTS**

7. At all times relevant hereto, Defendant owned and operated the property at 4701 North 20th Street, Phoenix, Arizona ("Store").

8. On August 8, 2018, Mr. Reish was lawfully entering the Store.

9. Mr. Reish was entering the Store to purchase groceries and other items.

10. As Mr. Reish entered thru the first set of the primary entrance doors, he slipped on the wet floor and fell to the ground.

11. After Mr. Reish landed on the floor, he realized that it was wet from the recent rains and that there were no floor mats at the first set of doors to negate the wet, slippery floor.

12. Mr. Reish then noticed that there were floor mats placed by the secondary entrance doors as well as signs warning of the wet floor.

13. The Defendant invited the general public, including Mr. Reish, to enter the premises of the Store and to purchase various items from the Defendant.

14. The Defendant was aware that patrons, including Mr. Reish, would walk thru the main entrance of the store, and that the entrance was wet and hazardous partially as a result of the rain.

15. Mr. Reish was provided with no warning of this dangerous and concealed condition in the Store.

16. As a direct and proximate result of this incident, Mr. Reish suffered serious bodily injuries.

2

## COUNT ONE

### (Negligence)

17. Plaintiff incorporates herein by reference all allegations contained in his Complaint as if stated herein again in full.

18. The Defendant owed a duty to Plaintiff to maintain the Store in a reasonably safe manner and to warn Plaintiff of any dangerous condition in the Store of which Defendants had notice.

19. The Defendant had notice of an unreasonably dangerous condition in the Store that caused harm to Plaintiff.

20. The Defendant breached his duty to Plaintiff by failing to warn Plaintiff and of failing to use reasonable care to prevent harm to Plaintiff.

21. As a direct and proximate result of Defendant's conduct, Plaintiff suffered significant injuries requiring medical treatment.

22. Plaintiff was injured and suffered damages in an amount to be proven at trial including, but not limited to, medical bills, pain and suffering and emotional distress.

## COUNT TWO

### (Negligence – Mode of Operation)

23. Plaintiff incorporates herein by reference all allegations contained in his Complaint as if stated herein again in full.

24. The Defendant, as owner and operator of the Store, owed a duty to Plaintiff to exercise reasonable care to prevent harm resulting from Defendant's method of operation.

25. In breach of that duty, the Defendant adopted a method of operation from which it could be reasonably anticipated that unreasonably dangerous conditions would regularly arise and the Defendant failed to exercise reasonable care to prevent harm under those circumstances.

26. As a direct and proximate result of Defendant's conduct, Plaintiff suffered significant injuries required medical treatment for those injuries.

3

27. Plaintiff was injured and suffered damages in an amount to be proven at trial including, but not limited to, medical bills, pain and suffering and emotional distress.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against the Defendant as follows:

A. For judgment in his favor on all counts of his Complaint;

B. For general and special damages in an amount to be proven at trial by jury;

C. For his costs pursuant to A.R.S. § 12-341;

D. For pre and post-judgment interest on the foregoing; and

E. For such other and further relief as the Court deems just and proper under the circumstances.

DATED this 7th day of August, 2020.

MAYESTELLES PLLC

By: /s/ J. Blake Mayes
J. Blake Mayes
*Attorneys for Plaintiffs*

4

CLERK OF THE SUPERIOR COURT
FILED
AUG 07 2020  4:31 pm
C. O'Neill, Deputy

J. Blake Mayes (No. 024159)
**MAYESTELLES PLLC**
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Telephone: 602.714.7900
Facsimile: 602.357.3037
courts@mayestelles.com
Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BRANDON T. REISH, an individual<br><br>Plaintiff,<br><br>v.<br><br>MRS GOOCH'S NATURAL FOOD MARKETS INC. D/B/A WHOLE FOODS MARKET, a corporation; ABC CORPORATION and/or PARTNERSHIPS, I-X, fictitious entities, JOHN and JANE DOES I-X, fictitious individuals<br><br>Defendants. | No. CV2020-009432<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

Undersigned counsel for Plaintiff certifies that he knows the local rules governing compulsory arbitration and that this matter is subject to compulsory arbitration pursuant to the Uniform Rules of Procedure for Arbitration.

DATED this 7th day of August 2020.

MAYESTELLES PLLC

By: _____
J. Blake Mayes
*Attorneys for Plaintiff*

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

Case Number CV2020-009432

# CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language(s): _____

CLERK OF THE SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY
20 AUG -7 PM 4:28
FILED
BY C. O'NEILL, DEP

Plaintiff's Attorney J. Blake Mayes

Attorney Bar Number 024159

Plaintiff's Name(s): (List all)   Plaintiff's Address:    Phone #:    Email Address:
Brandon T. Reish

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Mrs. Gooch's Natural Food Markets Inc. D/B/A Whole Foods Market

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____   ☒ Tier 1   ☐ Tier 2   ☐ Tier 3

### NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

Case No._____

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☒ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*
☐ 116 Other (Specify) _____*

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.*      ☐ 123 Hospital*
☐ 122 Physician D.O*       ☐ 124 Other*

**130 & 197 CONTRACTS:**

☐ 131 Account (Open or Stated)*
☐ 132 Promissory Note*
☐ 133 Foreclosure*
☐ 138 Buyer-Plaintiff*
☐ 139 Fraud*
☐ 134 Other Contract (i.e. Breach of Contract)*
☐ 135 Excess Proceeds-Sale*
☐ Construction Defects (Residential/Commercial)*
  ☐ 136 Six to Nineteen Structures*
  ☐ 137 Twenty or More Structures*
☐ 197 Credit Card Debt (Maricopa County Only)*

**150-199 OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation*
☐ 151 Eviction Actions (Forcible and Special Detainers)*
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment

☐ 158 Quiet Title*
☐ 160 Forfeiture*
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)*
☐ 187 Real Property *
☐ Special Action against Lower Courts
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL:**

☐ Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute – Other*
☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)*
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only*
☐ 177 Interpleader– Automobile Only*
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*  ☐ 163 Other*
☐ 196 Verified Rule 45.2 Petition  _____
☐ 195(a) Amendment of Marriage License  (Specify)
☐ 195(b) Amendment of Birth Certificate

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC   ☐ Election Challenge

☐ Employer Sanction   ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762



CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

2020 AUG 19 PM 2: 55

FILED
BY C. CRUZ, DEP

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

BRANDON T. REISH, an individual,

        Plaintiff,

vs.

MRS. GOOCH'S NATURAL FOOD MARKETS, INC., D/B/A WHOLE FOOD MARKETS, a corporation, et al,

        Defendants.

Case No.: CV2020-009432

Certificate of Service

---

Keith Blanchard, being duly sworn states: I am qualified to serve process in this cause, appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint, Certificate of Compulsory Arbitration from J. Blake Mayes (024159) of MayesTelles, PLLC., on August 14, 2020 and in each instance, I served a copy of each documents listed above on those named below in the manner, time and place shown:

Service upon: **Mrs. Gooch's Natural Food Markets, Inc., dba Whole Foods Markets,** by leaving one true copy of the above documents with Scott Whaley, Agent for Statutory Agent CT Corporation Systems (White male, 30's, 5'10", 170 lbs., short brown hair) authorized to accept service at its usual place of business. Service effected at 3800 N. Central Avenue, Suite 460, Phoenix, AZ 85012. Document served on August 17, 2020 at 1:06 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this date: August 17, 2020.

                                  Keith Blanchard, Affiant

$ 16.00       Service
$ 24.00 (min) Mileage
$ 10.00       Processing Fee
$ 50.00       Total